# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MARTIN PEREZ MOLINA,

                                    Petitioner,

        v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, Immigration and Customs Enforcement; JOSEPH FREDEN, Acting Field Office Director, U.S. Immigration & Customs Enforcement (ICE); CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Facility; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, U.S. Attorney General,

                                    Respondents.

Case No.:  26cv0079 DMS DEB

**ORDER GRANTING PETITION**

        This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a response to the Petition in which they concede Petitioner appears to be

1

a member of the bond-eligible class certified in *Maldonado Bautista v. Santacruz*, Case No. 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and is therefore entitled to a bond hearing.  Accordingly, the Court grants the Petition. Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within seven (7) days of this Order.  On or before **February 9, 2026**, the parties shall file a Joint Status Report confirming Petitioner has been provided with a bond hearing and the result of that hearing.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED.**

Dated:  January 29, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0079 DMS DEB